IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Joyce Boyd, | ) | |
| | ) | C.A. No. 1:11-424-TLW-JRM |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Wal-Mart, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is now before the undersigned for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Joseph R. McCrorey on April 27, 2011. In his Report, Magistrate Judge McCrorey recommends that the Complaint in the above-captioned case be dismissed without prejudice and without issuance or service of process. During the time period for filing objections, Plaintiff filed correspondence indicating that she did not receive the proper form paperwork from the Court. Plaintiff asks that she able allowed the opportunity to bring her case into proper form. In light of these additional filings, the Court finds it appropriate to remand this case to the Magistrate Judge for further consideration.

Accordingly, the Court **DECLINES** to accept the Report, and remands this case to the Magistrate Judge for further consideration in light of Plaintiff's additional filing. If the Plaintiff fails to timely bring her case into proper form, she will face dismissal of her action.

**IT IS SO ORDERED.**

                s/ Terry L. Wooten
                **TERRY L. WOOTEN**
February 6, 2012        **UNITED STATES DISTRICT JUDGE**
Florence, South Carolina