IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| Joyce Boyd, | ) | C/A No.: 1:11-424-TLW-SVH |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | COURT'S SPECIAL INTERROGATORIES |
| Wal-Mart Stores East LP, | ) | |
| Defendant. | ) | |

In this employment discrimination case, the *pro se* plaintiff, Joyce Boyd ("Plaintiff"), is suing her former employer Wal-Mart Stores East, L.P. ("Defendant"). In her second amended complaint, Plaintiff alleges claims of discrimination, retaliation, and hostile work environment in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e, et seq. ("Title VII"). [Entry #51 at 1, 4–5]. She also asserts a claim under the South Carolina Payment of Wages Act ("SCPWA"), S.C. Code Ann. § 41-10-50, et seq. *Id.* at 6. Plaintiff's allegations related to her SCPWA claim are non-specific and conclusory. Plaintiff is, therefore, directed to respond to the following special interrogatories clarifying her allegations regarding this claim.

INTERROGATORIES TO PLAINTIFF:

1. Do you contend there are dates on which you worked for Defendant, but were not paid at all? If so, provide the dates and the total amount you contend you are owed for each date.

2. Do you contend there are dates on which you worked for Defendant, but were not paid the rate of pay you believe you were owed? If so, provide the dates you allege you were not fully compensated, the rate of pay you received, and the rate of pay you believe you were owed.

3. What are the total monetary damages you are claiming under your SCPWA claim?

Plaintiff's responses to these interrogatories are due by November 1, 2012.

IT IS SO ORDERED.

*Shiva V. Hodges*

October 18, 2012  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge