IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| Joyce Boyd, | C/A No.: 1:11-424-TLW-SVH |
| Plaintiff, | |
| vs. | ORDER |
| Wal-Mart Stores East LP, | |
| Defendant. | |

Plaintiff, proceeding pro se and in forma pauperis, brought this action alleging employment discrimination by her former employer Wal-Mart Stores East LP ("Wal-Mart"). On October 18, 2012, the court directed Plaintiff to respond to special interrogatories by November 1, 2012. [Entry #53]. Plaintiff has failed to comply with the order.

Plaintiff is directed to provide responses to the court's special interrogatories by November 19, 2012. Plaintiff is advised that if she fails to respond, her claims against Wal-Mart will be recommended for dismissal with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

*Shiva V. Hodges*

November 6, 2012                              Shiva V. Hodges
Columbia, South Carolina                      United States Magistrate Judge